# Order

Michigan Supreme Court
Lansing, Michigan

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132087(60)

THERESA BAILEY, a/k/a THERESA LONG,
Individually and as Personal Representative
of the Estate of CHRISTAL BAILEY,
        Plaintiff-Appellant,

v                                                       SC: 132087
                                                        COA: 267546
                                                        Wayne CC: 04-411504-NH
SETHAVARANGURA PORNPICHIT, M.D.,
a/k/a PORNPICHIT SETHAVARANGURA,
M.D.,
        Defendant-Appellee.
_____/

        On order of the Court, the motion for reconsideration of this Court's October 17, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008                          _____
                                                        Clerk

d0114